IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RYAN THOMAS BECHARD,

    Plaintiff,    JUDGMENT IN A CIVIL CASE

v.    Case No. 14-cv-608-wmc

WILLIAM E. WALLO and
RODERICK CAMERON,

    Defendants.

    This action came for consideration before the court with District Judge William M. Conley presiding.  The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice for lack of subject matter jurisdiction pursuant to Fed. R. Civ. P. 12(h)(3).


/s/                                                                       9/10/2014

Peter Oppeneer, Clerk of Court                               Date